# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE R. STIEFEL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF BUTLER COUNTY PRISON OF PENNSYLVANIA; GOVERNMENT UNIT; CPT. RYCHORWICZ; C/OW BARTLETTE; and C/O SCULLIO,<br><br>Defendants. | ) Civil Action No. 2: 16-cv-0975<br>)<br>) Chief United States District Judge<br>) Joy Flowers Conti<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**AND NOW**, this 1st day of March, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, the Report and Recommendation (ECF No. 38) filed on January 22, 2018, by Chief Magistrate Judge Eddy, as supplemented by the accompanying memorandum opinion, is adopted as the opinion of the Court.

It is further **ORDERED** that the Motion to Dismiss (ECF No. 25) will be **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the *Monell* claim brought against Butler County Prison and Butler County Prison is hereby dismissed;

2. The Motion is **DENIED** with respect to all claims brought against the individual defendants.

It is further **ORDERED** that plaintiff's motion for hearing (ECF No. 42) is **DENIED** as an oral argument was not necessary to resolve the objections.

1

It is further **ORDERED** that the individual defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: LAWRENCE R. STIEFEL
KD 3617
SCI Coal Township
1 Kelly Drive
Coal Township, PA 17866
(via U.S. First Class Mail)

Michael R. Lettrich
JonesPassodelis PLLC
(via ECF electronic notification)