IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE R. STIEFEL,

    Plaintiff,

v.

CPT. RYCHORWICZ, C/O BARTLETTE, and C/O SCULLIO,

    Defendants.

Civil Action No. 2:16-cv-00975

**MEMORANDUM OPINION**

This prisoner *pro se* civil rights case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate's Act, 28 U.S.C. § 636(b)(1), and Local Rule of Civil Procedure 72.

On January 29, 2019, the magistrate judge issued a report (ECF No. 92) recommending that the motion for summary judgment filed by defendants Cpt. Rychorwicz, C/O Bartlette, and C/O Scullio (ECF No. 64) be granted. Plaintiff was served with the report and recommendation at his listed address and advised that written objections were due by February 15, 2019. To date, plaintiff has not filed any objections nor has he sought an extension of time in which to do so.[1]

The court has reviewed the matter and concludes that the report and recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the pleadings and documents in the case, together with the report and recommendation,

---

[1] If a party does not file timely objections to a magistrate judge's report and recommendation, the party may lose its right to *de novo* review by the district court, although the court must still give "reasoned consideration" to the magistrate judge's report before adopting it. *Henderson v. Carlson*, 812 F.2d 874, 878-79 (3d Cir. 1987).

1

the report and recommendation will be adopted and summary judgment will be granted to defendants Cpt. Rychorwicz, C/O Bartlette, and C/O Scullio.

An appropriate Order follows.


Dated: February 28, 2019					BY THE COURT:

							/s/ Joy Flowers Conti
							Joy Flowers Conti
							Senior United States District Judge


cc:	LAWRENCE R. STIEFEL
	KD 3617
	SCI Coal Township
	1 Kelly Drive
	Coal Township, PA 17866
	(via U.S. First Class Mail)

	Michael R. Lettrich
	Maria N. Pipak
	JonesPassodelis, PLLC
	(via ECF electronic notification)