# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE R. STIEFEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:16-cv-00975 ) |
| CPT. RYCHORWICZ, C/O BARTLETTE, and C/O SCULLIO, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

**AND NOW**, this 28th day of February, 2019, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the report and recommendation of the magistrate judge (ECF No. 92) is adopted as the opinion of this court, defendants' motion for summary judgment is **GRANTED** and summary judgment is entered in favor of defendants Cpt. Rychorwicz, C/O Bartlette, and C/O Scullio.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(l) of the Federal Rules of Appellate Procedure, plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge

cc: LAWRENCE R. STIEFEL
KD 3617
SCI Coal Township
1 Kelly Drive
Coal Township, PA 17866
(via U.S. First Class Mail)

Michael R. Lettrich
Maria N. Pipak
JonesPassodelis, PLLC
(via ECF electronic notification)